UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KENNETH SALE                                              :

                                                         :        ORDER
                          Plaintiff,                              24 Civ. 6070 (JHR) (GWG)

                                                         :

                          -v.-                           :

                                                         :

REAL NEW YORK, LLC                                       :

                                                         :

                          Defendant.                     :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        1.  The above-referenced action has been referred to the undersigned for general pre-trial
purposes.  See 28 U.S.C. § 636(b)(1)(A).  All pre-trial applications, including those relating to
scheduling and discovery, shall be made to the undersigned (except motions to dismiss or for
judgment on the pleadings, for injunctive relief, for summary judgment, or for class
certification).  All applications must comply with this Court's Individual Practices, which are
available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein

        2.  The parties should write to the Court at any time that they wish to participate in Court-
sponsored mediation.

        3.  All fact and expert discovery must be initiated in time to be concluded by the deadline
for that particular type of discovery as set forth in Docket # 28.

        4.  Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 --
not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made
promptly after the cause for such a motion arises.  In addition, absent extraordinary
circumstances no such application will be considered if made later than 30 days prior to the close
of discovery.  Untimely applications will be denied.

        5.  Any application for an extension of the time limitations with respect to any deadlines
in this matter must be made as soon as the cause for the extension becomes known to the party
making the application and must be made in accordance with ¶ 1.E of the Court's Individual
Practices.  The application must state the position of all other parties on the proposed extension
and must show good cause therefor not foreseeable as of the date of this Order.  "Good cause" as
7used in this paragraph does not include circumstances within the control of counsel or the party.

Any application not in compliance with this paragraph will be denied.  Failure to comply with the terms of this Order may also result in sanctions.

     6.  With regard to the application made in Docket # 29, plaintiff shall file his response within 3 business days of the filing of Docket # 29, that is, January 21, 2025.

     SO ORDERED.

Dated: January 17, 2025
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge