UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH SALE, individually and on behalf of all others similarly situated,

   *Plaintiff*,

Case No. 1:24-cv-06070

vs.

REAL NEW YORK, LLC,

   *Defendant*.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Kenneth Sale, and Defendant, Real New York, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Kenneth Sale, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: February 10, 2025

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew Shamis
Andrew J. Shamis, Esq.
New York Bar No. 5195185
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

**Ruskin Moscou Faltischek P.C.**

By: /s/ *Norman R. Cerullo*
Norman R. Cerullo, Esq.
ncerullo@rmfpc.com
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Telephone: 516-663-6600

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                By:    */s/ Andrew J. Shamis*
                                           Andrew J. Shamis, Esq.
                                           New York Bar # 5195185

                                           *Attorneys for Plaintiff and the Class*